

1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 23 2024
JEANNE G. QUINATA
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENZHE SHAO a/k/a BEN ZHE SHAO a/k/a "TIGER,"<br><br>Defendant. | CRIMINAL CASE NO. 24-00027<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE FIFTY GRAMS OR MORE OF METHAMPHETAMINE**<br>[21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2]<br>(Count 1)<br><br>**NOTICE OF FORFEITURE**<br>[21 U.S.C. § 853(a)] |

THE GRAND JURY CHARGES:

### COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE

### FIFTY GRAMS OR MORE OF METHAMPHETAMINE

On or about July 26, 2024, in the District of Guam, the Defendant, BENZHE SHAO a/k/a BEN ZHE SHAO a/k/a "TIGER," knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

//

INDICTMENT - 1

## NOTICE OF FORFEITURE

1. The allegations contained in the sole count of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the Defendant, BENZHE SHAO a/k/a BEN ZHE SHAO a/k/a "TIGER," shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

**MONEY JUDGMENT**

A sum of money representing the amount of proceeds obtained as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

//
//
//

INDICTMENT - 2

| | |
|---|---|
| 1 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title |
| 2 | 21, United States Code, Section 853(p). |
| 3 | DATED this 23rd day of October, 2024. |
| 4 | A TRUE BILL. |
| 5 | **REDACTED** |

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

INDICTMENT - 3