

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**
City: __Hagåtña__   Related Case Information: __MJ-24-00125__
Country/Parish _____ Superseding Indictment _____ Docket Number __24-00027__
Same Defendant __X__   New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: __X__ Yes ____ No

Defendant Name: __Benzhe Shao a/k/a Ben Zhe Shao__

Alias Name: __Tiger__

Address: _____
__Tamuning, Guam 96913__

Birthdate __xx/xx/1986__  SS# __Unknown__  Sex __M__  Race __Asian__  Nationality __Chinese__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

Interpreter: ____ No __X__ Yes   List language and/or dialect: __Chinese Mandarin__

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED OCT 23 2024 — DISTRICT COURT OF GUAM, HAGATNA, GUAM**

**U.S.C. Citations**
Total # of Counts: __1__    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2 | Possession with Intent to Distribute Fifty Grams or More of Methamphetamine | 1 |
| Set 2  21 U.S.C. § 853(a) | Notice of Forfeiture | |
| Set 3 | | |

Date: __10/23/24__    Signature of AUSA: _____